FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 1 2 2014
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 14-2771 MCA |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 1153, 113(a)(3): |
| ) | Assault with a Dangerous Weapon; |
| **TERRANCE JULIAN**, ) | |
| ) | Count 2: 18 U.S.C. § 924(c): Using, |
| Defendant. ) | Carrying, Possessing and Brandishing a |
| ) | Firearm During and in Relation to and in |
| ) | Furtherance of a Crime of Violence. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about October 14, 2012, in Indian Country, in Rio Arriba County, in the District of New Mexico, the Defendant, **TERRANCE JULIAN**, an Indian, assaulted Jane Doe with a dangerous weapon, specifically, a Marlin model 1894 lever action rifle, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

### Count 2

On or about October 14, 2012, in Rio Arriba County, in the District of New Mexico, the Defendant, **TERRANCE JULIAN**, knowingly used, carried, and brandished a firearm: to wit, a Marlin model 1894 lever action rifle, serial number 18020598, during and in relation to and in furtherance of a crime of violence for which **TERRANCE JULIAN** may be prosecuted in a court of the United States, namely: assault with a dangerous weapon as charged in Count 1 of this indictment.

In violation of 18 U.S.C. § 924(c).

## FORFEITURE ALLEGATION

Count 2 of this Indictment is re-alleged and incorporated for the purpose of alleging forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c).

Upon conviction of any offense in violation of 18 U.S.C. § 924(c), the defendant, **TERRANCE JULIAN**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c) any interest he may have in the following:

Marlin model 1894 lever action rifle, serial number 18020598.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

08/08/14 11:29AM

2