# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Judge Yarbrough

United States Magistrate Judge

| Clerk's Minutes | Arraignment/Detention |

| | | | | | |
|---|---|---|---|---|---|
| Date: | 8/25/2014 | Case Number: | 14-CR-2771 MCA | | |
| Case Title: USA v. | Terrance Julian | Liberty: | Hondo @ | 10:11 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 4 Minutes | |
| Probation/Pretrial: | S. Avila-Toledo | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Sasha Siemel | Defendant: | Ahmad Assed |
|---|---|---|---|

PROCEEDINGS:

- ☐ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☒ Meet and Confer: 9/4/2014
- ☒ Motions due by: 9/15/2014
- ☒ Discovery Order electronically filed
- ☒ Case assigned to: Judge Armijo
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☐ Defendant remanded to custody of USMS
- ☒ Defendant released: With conditions
- ☐ Other: