AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
2014 AUG 15  AM 8:0

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) Case No. | CR 14-2771 MCA |
| Terrance Julian | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Terrance Julian                                      ,
who is accused of an offense or violation based on the following document filed with the court:

x◻ Indictment     ◻ Superseding Indictment     ◻ Information     ◻ Superseding Information     ◻ Complaint

◻ Probation Violation Petition     ◻ Supervised Release Violation Petition     ◻ Violation Notice     ◻ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1153, 113(a)(3): Assault with a Dangerous Weapon;

Count 2: 18 U.S.C.   924(c): Using, Carrying, Possessing and Brandishing a Firearm During and in Relation to and in Furtherance of a Crime of Violence.

Date:    8/13/2014

*Issuing officer=s signature*

City and state:   Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)*  8/15/14  , and the person was arrested on *(date)*  8/21/2014
at *(city and state)*   Dulce, NM                      .

Date:   8/21/14

*Arresting officer=s signature*

Antonio Ramirez / POSM
*Printed name and title*