IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 2 6 2014

**MATTHEW J. DYKMAN**
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 14-2771 MCA |
| TERRANCE JULIAN, | ) |
| Defendant. | ) |

## CONSENT TO APPEAR BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense with

which I am charged, and the maximum possible penalties that might be imposed if I plead guilty.

I have been informed of my right to the assistance of legal counsel and of my right to plead

guilty or go to trial with judgment and sentencing before a United States District Judge.

**I HEREBY waive (give up) my right to enter my plea before a
United States District Judge and I consent to entering my plea,
knowingly and voluntarily, before a United States Magistrate
Judge.**

_____
TERRANCE JULIAN
Defendant

_____
AHMAD ASSED
Attorney for Defendant

Before:

_____
UNITED STATES MAGISTRATE JUDGE

Robert H. Scott   11-26-14