*Rev. May 22, 2012*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 14-2771 MCA | UNITED STATES vs. Julian |
|---|---|

**Before The Honorable Robert H. Scott, United States Magistrate Judge**

| Hearing Date: | 11/26/2014 | Time In and Out: | 10:01 am – 10:10 am |
|---|---|---|---|
| Clerk: | C. Lopez | Digital Recording: | ABQ-Hondo |
| Defendant: | Terrance Julian | Defendant's Counsel: | Ahmad Assed |
| AUSA: | David Adams | Interpreter: | ☐ Sworn / ☐ Waived |

- ☒ Defendant Sworn
- ☐ First Appearance
- ☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- ☒ Deft acknowledges receipt of: **Indictment**
- ☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☒ Terms and conditions of proposed plea agreement explained.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement.
- ☒ Deft pleads GUILTY to: **Indictment**
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
- ☒ Sentencing Date: **to be notified**
- ☒ Defendant to Remain in Custody
- ☐ Present conditions of release continued    ☐ Conditions changed to:
- ☐ Penalty for failure to appear explained
- ☒ Presentence Report Ordered    ☐ Expedited (Type III)
- Other Matters: