IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                                No. CR   14-2771 MCA

TERRANCE JULIAN,

      Defendant.

## **O R D E R**

**THIS MATTER** is before the Court for plea hearing.   The Court having accepted the plea and finding the Defendant guilty, pursuant to 18 U.S.C. 3143(a),   the Court being fully advised:

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby revoked and that the Defendant Terrance Julian be remanded to the custody of the U. S. Marshal pending final disposition in this matter.

*Robeet Hayes Scott*

**ROBERT H. SCOTT, U.S. Magistrate Judge**